IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Gregory Robertson Allen )  Civil Action No. 2:10CV2162-DCN-RSC
[Enter the full name of the plaintiff in this action] )  (to be assigned by Clerk)
)
) COMPLAINT
v. ) State Prisoner
)
The Department of )
Social Service; Paul )
W. Garfinkle; also, )  RECEIVED
Charleston County )  USDC CLERK, COLUMBIA, SC
Jail, Et. Al ) 2010 AUG -9 P 2:20
)
Enter above the full name of defendant(s) in this action )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes_____    No ✓

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

      1. Parties to this previous lawsuit:
         Plaintiff: N/A
         Defendant(s): N/A
      2. Court: N/A
         (If federal court, name the district; if state court, name the county)
      3. Docket Number: N/A
      4. Name(s) of Judge(s) to whom case was assigned: N/A
      5. Disposition: N/A
         (For example, was the case dismissed? Appealed? Pending?)
      6. Approximate date of filing lawsuit: N/A
      7. Approximate date of disposition: N/A

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT
   A. Name of Prison/Jail/Institution: Charleston County Jail
   B. What are the issues that you are attempting to litigate in the above-captioned case? fraud, wrongful imprisonment, violation of constitutions.
   C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No ___
       (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓ No ___
           When 7-7-2010   Grievance Number (if available) ___
   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ___ No ✓
   E. When was the final agency/departmental/institutional answer or determination received by you? 7-

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓ No ___
   G. If your answer is YES:
      1. What steps did you take? When I went to court I told ① the judge about this. He responded by giving me time, 6 mths.
      2. What was the result? Jailed.

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

   A. Name of Plaintiff: Gregory R. Allen   Inmate No.: #82508
      Address: 1141 Ridge Rd. Ridgville S.C. 29472

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

   B. Name of Defendant: Paul W. Garfinkle   Position: Family Court Judge
      Place of Employment: Charleston County Family Court House
   C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
   The Department of Social Service North Charleston S.C. 29415; P.O. Box 150012. Also Charleston County Jail, 3841 Leed Ave. North Charleston S.C. 29405.

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

I have been going to court for the last 2001-2010. I have always took care of my responsibilities. In the year 2005, I lost my life in Charleston County Jail. The reason I was there/here was for family court. I have all access to medical files/ Jail paper-work! This is an injustice. My medical Bill is $19,000.00 for treatment that I never could complete. Please help!! Also, I am serving 6-mths again, for a civil matter that is carring criminal charges! Please allow me to show these facts in court...

Complaint - State Prisoner
Revised October 3, 2007

Date: 7-27-2010

My name is Gregory P. Allen and I am writting because I have been robbed of only rights Americans have! My Civil/Constitutional rights. I'm incarcerated in Charleston South Carolina, in the Charleston County Detention Center ward 3-H, were murders, rape-suspects, child-molesters, and ect are held. Also the mentally challenged. My reason for being here incarcerated is child-support. This civil matter is being treated as the same above crimes. It is a civil matter with charges of criminal directions! How can this be! I was seen before Paul W. Garfinkle, who did not allow my wife, counsel, no-public, to enter the court room. This has to stop please. I beg/pray for

some-one to stop this injustice of abuse of power. It is unfair, and wrong. I also did not have counsel, wich is my right as an American citizen! My case # is 99DR1005180   My inmate # is 82508 I have been sentence to 6mths with-out any repersentation of counsel also, have there been passed a new law concerning the child-support sentencing guid-lines?! I don't have any-one! Please, respond to, A American citizen in need of Help!! God Bless

7-27-2010                                   Gregory R. Allen

DSS # 309219      *Her age is 20 years old.!?
                   ↓
*My daughter has been living with me. She is a mother her-self! Who paid filing-fee.!?

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

I would like to see proper Justice served in This Case!!

Thanks,

Greg.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7-7-2010 day of July 7, 2010, 20 10.

Signature of Plaintiff

Complaint - State Prisoner
Revised October 3, 2007